No. 11–8061.  ARMSTRONG v. SMALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–8070.  HERNANDEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–8072.  BAILEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–8073.  BLAIZE v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 11–8075.  LITTLE v. DONAHOE, POSTMASTER GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 11–8077.  ORTIZ LAZARO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–8078.  OSORIO-REYES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–8079.  MOREJON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–8082.  TAGGART v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–8083.  KNAPPER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–8087.  MCKINNEY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–8088.  LABOY-VEGA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–8092.  PUGH v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 11–8098.  STEWART v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–8099.  SHAW v. WEBER, WARDEN.  C. A. 8th Cir.  Certiorari denied.